**FAEGRE BAKER DANIELS LLP**
MICHAEL JAEGER (SBN 289364)
*michael.jaeger@faegrebd.com*
11766 Wilshire Blvd., Suite 750
Los Angeles, CA  90025
Telephone:   (310) 500-2090
Facsimile:   (310) 500-2091

Attorneys for Defendant
U.S. Bank National Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW RAMPENTHAL,<br><br>            Plaintiff,<br><br>      vs.<br><br>U.S. BANK, N.A.,<br><br>            Defendant. | Case No. 5:19-cv-01177-JFW-RAO<br><br>Hon. Judge John F. Walter<br>Magistrate Judge Rozella A. Oliver<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

US.123883399.01

1     I am lead trial counsel for Defendant U.S. Bank National Association ("U.S.

2  Bank").  Pursuant to the Court's standing order issued on June 27, 2019, I hereby

3  declare that:

4        1.  I have registered as an ECF user for the Central District of California;

5        2.  I hereby consent to receive filed documents via electronic means; and

6        3.  My email address of record is *michael.jaeger@faegrebd.com*.

7     I hereby declare that above statements are true and correct under penalty of

8  perjury, executed on the 17th day of July 2019 at Los Angeles, California.

10        */s/ Michael Jaeger*
11        Michael Jaeger

FAEGRE BAKER
DANIELS LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH
LOCAL RULES GOVERNING ELECTRONIC FILING
CASE NO. 2:19-cv-02182-JFW-GJS