MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANDREW RAMPENTHAL,<br><br>             Plaintiff,<br><br>      v.<br><br>U.S. BANK, N.A.,<br><br>             Defendant. | Case No. 5:19-cv-01177-JFW-RAO<br><br>**NOTICE OF SETTLEMENT** |

## NOTICE OF SETTLMENT

PLEASE TAKE NOTICE Andrew Rampenthal ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, U.S. Bank, N.A. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 23rd day of September 2019.

s/ *Marwan R. Daher*
Marwan R. Daher
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ *Marwan R. Daher*
Marwan R. Daher

2